SUR PETITION FOR REHEARING
March 16, 1995
Present: SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN, GREENBERG, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, LEWIS, McKEE, and SAROKIN, Circuit Judges.
The petition for rehearing filed by Appellants The City of Philadelphia; Joan Reeves; Albert F. Campbell; Rosita Saez-Achilla; Genece E. Brinkley, Esq.; Rev. Paul M. Washington; M. Mark Mendel; Hon. Stanley Kubacki; Mamie Fames; J. Patrick Gallagher; Harry E. Moore; Wilhelmina Speach; Press Grooms; Raymond E. Shipman; and Hon. Edward G. Rendell in the above-entitled case having been submitted to the judges who participated in the decision of this court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the circuit judges of the circuit in regular active service not having voted for rehearing by the court in bane, the petition for rehearing is denied.